**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01462-CV

## IN THE INTEREST AND PROTECTION OF M.W.L.

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-11773

## ORDER

The reporter's record in this case is overdue. By postcard dated January 2, 2015, we notified the official court reporter for the 134th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification it has not requested, paid for, or made arrangements to pay for the reporter's record, we will*

*order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).


        /s/      CAROLYN WRIGHT
                  CHIEF JUSTICE